UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

ABDULIO IVAN CIFUENTES GRAMAJO,
*individually and on behalf of all
others similarly situated*,                          **MEMORANDUM & ORDER**
                                                     21-CV-4960(EK)(JMW)
                              Plaintiffs,

                -against-

BASARI MARKET LLC, and AVRAHAM
BILGORAY, *as individuals*,

                              Defendants.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Wicks's Report

and Recommendation (R&R) dated January 24, 2023.  ECF No. 14.

Judge Wicks recommends that that the Court deny plaintiff

Abdulio Ivan Cifuentes Gramajo's motion for settlement approval.

No party has filed objections and the time to do so has expired.

Accordingly, the Court reviews Judge Wicks's recommendation for

clear error on the face of the record.  *See* Advisory Comm. Notes

to Fed. R. Civ. P. 72(b); *accord* State *Farm Mut. Auto. Ins. Co.

v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having

reviewed the record, I find no clear error and therefore adopt

the R&R in its entirety.  Thus, the motion for settlement

approval is denied.


        SO ORDERED.


                                  __/s/ Eric Komitee_____
                                  ERIC KOMITEE
                                  United States District Judge



Dated:      September 26, 2023
            Brooklyn, New York