```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ABDULIO IVAN CIFUENTES GRAMAJO,
*individually and on behalf of all
others similarly situated*,                    **MEMORANDUM & ORDER**
                                                21-CV-4960(EK)(JMW)
                Plaintiffs,

        -against-

BASARI MARKET LLC, and AVRAHAM
BILGORAY, *as individuals*,

                Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The Court has received Magistrate Judge Wicks's Report and Recommendation (R&R) dated May 29, 2024.  ECF No. 42.  Judge Wicks recommends that that the Court grant the parties' motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  ECF No. 40.  No party has filed objections and the time to do so has expired.  Accordingly, the Court reviews Judge Wicks's recommendation for clear error on the face of the record.  *See* Advisory Comm. Notes to Fed. R. Civ. P. 72(b); *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).  Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the motion for settlement approval is adopted.

SO ORDERED.

      /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    August 9, 2024
           Brooklyn, New York